**Paul D.S. EDWARDS, Plaintiff–Appellant,**

v.

**360 COMMUNICATIONS, dba Alltel; Does, I–XX, Defendants–Appellees.**

No. 99–17630.

D.C. No. CV–98–1493–PMP.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 19, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

 Paul Edwards appeals the district court's summary judgment in his action alleging credit reporting violations pursuant to the Federal Credit Reporting Act, 15 U.S.C. §§ 1681–1681u, the Equal Credit Opportunity Act (ECOA), 15 U.S.C. §§ 1691–1691f, Regulation B to the ECOA, 12 C.F.R. §§ 202.1–202.15, and Nevada state law. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review summary

---

1. All outstanding motions are denied as moot.

* The panel unanimously finds this case suitable for decision without oral argument and denies Edwards' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

judgment de novo, *Jesinger v. Nevada Fed. Credit Union,* 24 F.3d 1127, 1130 (9th Cir.1994), and we affirm.

**AFFIRMED.**